## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARIE BUSCEMI, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:21-cv-02303 |
| v. ) ) | Hon. Steven C. Seeger |
| LOFT, LLC and THOMAS MARCY, ) ) | |
| Defendants. ) ) | |

### JOINT STATUS REPORT

Plaintiff Marie Buscemi and Defendants Loft, LLC and Thomas Marcy notify the Court that they have reached an agreement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action within 30 days, and respectfully request that all current deadlines and other proceedings be suspended pending the filing of the stipulation of dismissal.

Dated: May 20, 2022            Respectfully submitted,

                                                       By: */s/ Avi R. Kaufman*
                                                          Avi R. Kaufman
                                                          kaufman@kaufmanpa.com
                                                          KAUFMAN P.A.
                                                          237 South Dixie Highway, Floor 4
                                                          Coral Gables, FL 33133
                                                          Ph. 305-469-5881

                                                          Juneitha Shambee Esq.
                                                          Shambee Law Office, Ltd.
                                                          Evanston, IL 60202
                                                          Telephone: (773) 741-3602
                                                          juneitha@shambeelaw.com
                                                          Atty. No.: 6308145

                                                          *Attorneys for Plaintiff and the putative Class*

By: */s/ Charles A. Valente*
    Charles A. Valente  (IL ARDC 6198718)
    cvalente@kaplansaunders.com
    Kaplan Saunders Valente & Beninati, LLP
    500 N. Dearborn St, 2d Floor
    Chicago, IL 60654
    (312) 755-5700

    *Attorneys for Defendant Loft, LLC*

By: */s/ Mariana Karampelas*
    Mariana Karampelas
    MK Law, LLC
    2020 Janice Avenue
    Melrose Park, IL 60160
    mk@mklawchicago.com
    Ph. (312) 545-8660
    ARDC #: 6306288

    *Attorney for Defendant Thomas Marcy*