UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Marie Buscemi
                Plaintiff,

v.                                                            Case No.: 1:21−cv−02303
                                                             Honorable Steven C. Seeger

Loft, LLC, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 23, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [40]) The parties have reached a settlement in principle. They expect to memorialize their agreement in the coming weeks. Based on that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by June 30, 2022. All other deadlines are vacated. All pending motions are denied as moot. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.